**Guillermo QUINONES, Plaintiff–Appellant**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 14–1670.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 17, 2014.

Filed: Sept. 23, 2014.

Guillermo Quinones, Forrest City, AR, pro se.

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Guillermo Quinones appeals the district court's [1] order dismissing his action under the Federal Tort Claims Act for lack of jurisdiction. After careful review, *see Appley Bros. v. United States*, 164 F.3d 1164, 1169–70 (8th Cir.1999) (findings of fact are reviewed for clear error and application of law is reviewed de novo), we

agree with the district court that Quinones failed to timely present his claim to the Bureau of Prisons, and thus dismissal was proper. *See* 28 U.S.C. § 2401(b); *Motley v. United States*, 295 F.3d 820, 822 (8th Cir.2002); *K.E.S. v. United States*, 38 F.3d 1027, 1030 (8th Cir.1994). Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Quinones's appellate motion.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.